# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| **UNITED STATED OF AMERICA** § | |
| § | |
| § | **CASE NUMBER 1:20-CR-49-3-TH** |
| **v.** § | |
| § | |
| § | |
| § | |
| § | |
| **JESUS GOMEZ** § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON DEFENDANT'S MOTION TO DIMISS INDICTMENT

The court referred Defendant's *Motion to Dismiss Indictment* (Doc. No. 123) to United States Magistrate Judge Zack Hawthorn for consideration pursuant to applicable laws and orders of this court.  The Government filed a response arguing against dismissal (Doc. No. 133).

After review and consideration of Defendant's motion, Judge Hawthorn issued a Report and Recommendation on August 13, 2021, denying his motion because he failed to meet the criteria for dismissal pursuant to the Speedy Trial Act or the Sixth Amendment right to a speedy trial.  (Doc. No. 139.)  No objections have been filed to the Report and Recommendation. Accordingly, the court ADOPTS Judge Hawthorn's Report and Recommendation (Doc. No. 139) and DENIES the Defendant's motion (Doc. No. 123).

**SIGNED** this the 2  day of **September, 2021.**

_____
Thad Heartfield
United States District Judge